# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION NO. 10-324-1** |
| | : | |
| **STEVEN CATLETT** | : | |

## ORDER

This 8th day of October, 2020, it is hereby **ORDERED** that Defendant's Motion pursuant to § 2255 to Vacate, Modify or Set aside Sentence, ECF 81, is **DENIED**.

There is no basis on which to issue a Certificate of Appealability.

s/ Gerald Austin McHugh<br>
United States District Judge